**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **HARVEY R. BURRIS** |
| Debtor 2 (Spouse, if filing) | **NAOMI L. BURRIS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **12-11021TPA** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | US BANK NA |
| **Court claim no.** (if known): | 5 |
| **Last 4 digits** of any number you use to identify the debtor's account | 7 9 6 3 |
| **Property Address:** | 9938 US 322 <br> CRANBERRY PA 16319 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** — Amount

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 4,173.48 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 4,173.48 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 4,074.39 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 4,074.39 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 8,247.87 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---:|
| Current monthly mortgage payment | $ $421.19 |
| The next postpetition payment is due on | 10 / 1 / 2017 <br> MM / DD / YYYY |

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N | **Notice of Final Cure Payment** | page 1

| Debtor 1 | **HARVEY R. BURRIS** | Case number *(if known)* | **12-11021TPA** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

× /s/ Ronda J. Winnecour  
Signature

Date  11/09/2017

Trustee   Ronda J. Winnecour

Address   CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | HARVEY R. BURRIS | Case number *(if known)* | 12-11021TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 07/26/2017 | | HSBC MORTGAGE SVCS (RE)* | REALLOCATION OF PRINCIPAL | 3,172.04 |
| 07/27/2017 | | HSBC MORTGAGE SVCS (RE)* | REALLOCATION OF PRINCIPAL | 0.03 |
| 09/26/2017 | 1055700 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,001.41 |
| | | | | 4,173.48 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 10/25/2017 | 1059037 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,131.34 |
| 10/25/2017 | 1059037 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 693.00 |
| 10/25/2017 | 1059037 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 564.05 |
| 10/25/2017 | 1059037 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 686.00 |
| | | | | 4,074.39 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/29/2012 | 0815490 | BENEFICIAL/HOUSEHOLD FNNC(RE)* | AMOUNTS DISBURSED TO CREDITOR | 1,233.48 |
| 11/27/2012 | 0819638 | BENEFICIAL/HOUSEHOLD FNNC(RE)* | AMOUNTS DISBURSED TO CREDITOR | 618.84 |
| 05/17/2013 | | HSBC MORTGAGE SVCS (RE)* | REALLOCATION OF CONTINUING DEBT | 1,800.00 |
| 05/23/2013 | 0845519 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 692.99 |
| 06/25/2013 | 0849632 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 675.07 |
| 07/25/2013 | 0853822 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 659.10 |
| 08/27/2013 | 0858016 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 630.68 |
| 09/26/2013 | 0862151 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 524.44 |
| 10/25/2013 | 0866260 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 505.13 |
| 11/22/2013 | 0870339 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 492.50 |
| 12/23/2013 | 0874368 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 482.62 |
| 01/28/2014 | 0878408 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 474.91 |
| 02/25/2014 | 0882512 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 468.94 |
| 03/25/2014 | 0886582 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 464.33 |
| 04/25/2014 | 0890658 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 460.79 |
| 05/28/2014 | 0894795 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 458.08 |
| 06/25/2014 | 0898833 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 456.03 |
| 07/24/2014 | 0902971 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 454.47 |
| 08/26/2014 | 0907014 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 453.31 |
| 09/29/2014 | 0911131 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 452.44 |
| 10/29/2014 | 0915201 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 451.66 |
| 11/24/2014 | 0919308 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 451.32 |
| 12/22/2014 | 0923921 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 465.88 |
| 01/27/2015 | 0927919 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 501.50 |
| 02/24/2015 | 0932026 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 531.78 |
| 03/26/2015 | 0936086 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 556.90 |
| 04/24/2015 | 0940201 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 577.01 |
| 05/26/2015 | 0944393 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 592.33 |
| 06/23/2015 | 0948371 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 603.10 |
| 07/28/2015 | 0952393 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 581.49 |
| 08/26/2015 | 0956462 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 09/28/2015 | 0960407 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 10/26/2015 | 0964335 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 11/24/2015 | 0968491 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 12/22/2015 | 0972532 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 01/26/2016 | 0976534 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 02/24/2016 | 0980504 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 03/28/2016 | 0984523 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 04/22/2016 | 0988769 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| 05/24/2016 | 0992718 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 1,598.37 |
| 06/27/2016 | 1001458 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 611.50 |
| 07/26/2016 | 1005424 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 611.50 |
| 08/26/2016 | 1009421 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 611.50 |
| 09/27/2016 | 1013446 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 611.50 |
| 10/26/2016 | 1017340 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 611.50 |
| 11/21/2016 | 1020698 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 605.79 |
| 12/21/2016 | 1023958 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 605.79 |
| 01/27/2017 | 1027408 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 605.79 |
| 02/24/2017 | 1030849 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 607.70 |
| 03/28/2017 | 1034254 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 607.70 |

| Debtor 1 | **HARVEY R. BURRIS** | Case number *(if known)* | **12-11021TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 04/21/2017 | 1037590 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 607.70 |
| 05/25/2017 | 1040850 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 605.79 |
| 06/27/2017 | 1044216 | HSBC MORTGAGE SVCS (RE)* | AMOUNTS DISBURSED TO CREDITOR | 605.79 |
| 07/26/2017 | | HSBC MORTGAGE SVCS (RE)* | REALLOCATION OF CONTINUING DEBT | -3,172.04 |
| 07/27/2017 | | HSBC MORTGAGE SVCS (RE)* | REALLOCATION OF CONTINUING DEBT | -0.03 |
| 09/26/2017 | 1055700 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 421.19 |
| | | | | 28,318.87 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

HARVEY R. BURRIS
NAOMI L. BURRIS
9938 US 322
CRANBERRY, PA  16319

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

US BANK NA
C/O SELECT PORTFOLIO SRVCNG INC*
POB 65450*
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING INC**
ATTN BANKRUPTCY NOTICING
3217 S DECKER LAKE DR
SALT LAKE CITY, UT  84119

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


11/9/17                                                                                         /s/ Renee Ward
                                                                                                 Administrative Assistant
                                                                                                 Office of the Chapter 13 Trustee