Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Harvey R. Burris** | : | Case No. 12−11021−TPA |
| **Naomi L. Burris** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 77 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/7/18 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *22nd day of November, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 77 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before January 8, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **February 7, 2018 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11021-TPA
Harvey R. Burris                                                        Chapter 13
Naomi L. Burris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 3            Date Rcvd: Nov 22, 2017
                              Form ID: 300b           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db/jdb         +Harvey R. Burris,    Naomi L. Burris,    9938 US 322,    Cranberry, PA 16319-2730
aty            +Lawrence J. Buckley,    Brice Vander Linden & Wernick, PC,    9441 LBJ Freeway, Suite 250,
                 Dallas, TX 75243-4640
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
cr             +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, NY 14043-2602
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13427382       +Beneficial/Hfc,    POB 3425,    Buffalo, NY 14240-3425
13427385      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    POB 85520,    Richmond, VA 23285)
13427387      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13427386       +Citi,    POB 6497,    Sioux Falls, SD 57117-6497
13427388        Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
13469522       +HSBC Mortgage Services Inc,    PO Box 21188,    Eagan, MN 55121-0188
13427396       +Hsbc Bank,    POB 5253,    Carol Stream, IL 60197-5253
13427397       +I C System,    POB 64378,    Saint Paul, MN 55164-0378
13427401       +Target Nb,    POB 673,    Minneapolis, MN 55440-0673
14696907       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13427402       +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13427403        Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                 Franklin, PA 16323-0831
13427404       +Wffinance,    800 Walnut Street,    Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2017 02:05:19
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13438286        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2017 02:25:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13427381        E-mail/Text: ACF-EBN@acf-inc.com Nov 23 2017 02:06:27     Atlantic Credit & Finance,
                 POB 13386,    Roanoke, VA 24033-3386
13427383       +E-mail/Text: bknotice@bhlmlaw.com Nov 23 2017 02:07:10
                 Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                 Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13427384       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2017 02:05:21     Cach Llc,
                 4340 S Monaco Street, Unit 2,    Denver, CO 80237-3485
13427389       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:03     Gecrb/84 Lumber,    POB 981439,
                 El Paso, TX 79998-1439
13427390       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:03     Gecrb/Jcpenney,    POB 984100,
                 El Paso, TX 79998
13427391       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:44     Gecrb/Lowes,    POB 103065,
                 Roswell, GA 30076
13427392       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:03     Gecrb/Napa,    POB 981400,
                 El Paso, TX 79998-1400
13427393       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:04:32     Gecrb/Sams Club,    POB 981400,
                 El Paso, TX 79998-1400
13427394       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:03     Gecrb/Walmart,    POB 981400,
                 El Paso, TX 79998-1400
13507162        E-mail/Text: bknotice@crgofusa.com Nov 23 2017 02:08:32
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
13427398       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2017 02:06:05     Lvnv Funding,
                 POB 740281,    Houston, TX 77274-0281
13427399       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2017 02:07:43     Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13543371       +E-mail/Text: bncmail@w-legal.com Nov 23 2017 02:08:29     Oak Harbor Capital VII,  LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13488701        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:36
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13488254        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:57
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13427400       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:25:35
                 Portfolio Recovery & Affil.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13433854        E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2017 02:19:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13444761       +E-mail/Text: bncmail@w-legal.com Nov 23 2017 02:08:03     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 20
```

```
District/off: 0315-1              User: jmar                 Page 2 of 3                 Date Rcvd: Nov 22, 2017
                                  Form ID: 300b              Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Oak Harbor Capital VII,   LLC
cr              U.S. Bank National Association, as indenture trust
cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
13436330*       Atlantic Credit & Finance,    POB 13386,    Roanoke, VA 24033-3386
13436387*       Atlantic Credit & Finance,    POB 13386,    Roanoke, VA 24033-3386
13436331*      +Beneficial/Hfc,    POB 3425,    Buffalo, NY 14240-3425
13436388*      +Beneficial/Hfc,    POB 3425,    Buffalo, NY 14240-3425
13436332*      +Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                 Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13436389*      +Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                 Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13436334*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     POB 85520,    Richmond, VA 23285)
13436391*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     POB 85520,    Richmond, VA 23285)
13436336*     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13436393*     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13436333*      +Cach Llc,    4340 S Monaco Street, Unit 2,    Denver, CO 80237-3485
13436390*      +Cach Llc,    4340 S Monaco Street, Unit 2,    Denver, CO 80237-3485
13436335*      +Citi,   POB 6497,    Sioux Falls, SD 57117-6497
13436392*      +Citi,   POB 6497,    Sioux Falls, SD 57117-6497
13436337*       Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
13436394*       Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
13436338*      +Gecrb/84 Lumber,    POB 981439,    El Paso, TX 79998-1439
13436395*      +Gecrb/84 Lumber,    POB 981439,    El Paso, TX 79998-1439
13436339*       Gecrb/Jcpenney,    POB 984100,    El Paso, TX 79998
13436396*       Gecrb/Jcpenney,    POB 984100,    El Paso, TX 79998
13436340*       Gecrb/Lowes,    POB 103065,    Roswell, GA 30076
13436397*       Gecrb/Lowes,    POB 103065,    Roswell, GA 30076
13436341*      +Gecrb/Napa,    POB 981400,    El Paso, TX 79998-1400
13436398*      +Gecrb/Napa,    POB 981400,    El Paso, TX 79998-1400
13436342*      +Gecrb/Sams Club,    POB 981400,    El Paso, TX 79998-1400
13436399*      +Gecrb/Sams Club,    POB 981400,    El Paso, TX 79998-1400
13436343*      +Gecrb/Walmart,    POB 981400,    El Paso, TX 79998-1400
13436400*      +Gecrb/Walmart,    POB 981400,    El Paso, TX 79998-1400
13436344*      +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13436401*      +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13436345*      +Hsbc Bank,    POB 5253,    Carol Stream, IL 60197-5253
13436402*      +Hsbc Bank,    POB 5253,    Carol Stream, IL 60197-5253
13436346*      +I C System,    POB 64378,    Saint Paul, MN 55164-0378
13436403*      +I C System,    POB 64378,    Saint Paul, MN 55164-0378
13436347*      +Lvnv Funding,    POB 740281,    Houston, TX 77274-0281
13436404*      +Lvnv Funding,    POB 740281,    Houston, TX 77274-0281
13436348*      +Midland Funding,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13436405*      +Midland Funding,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13532544*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
13436349*      +Portfolio Recovery & Affil.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13436406*      +Portfolio Recovery & Affil.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13463160*      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13436350*      +Target Nb,    POB 673,    Minneapolis, MN 55440-0673
13436407*      +Target Nb,    POB 673,    Minneapolis, MN 55440-0673
13436351*      +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13436408*      +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13436352*       Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                 Franklin, PA 16323-0831
13436409*       Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                 Franklin, PA 16323-0831
13436353*      +Wffinance,    800 Walnut Street,    Des Moines, IA 50309-3504
13436410*      +Wffinance,    800 Walnut Street,    Des Moines, IA 50309-3504
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13427395      ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
                                                                                               TOTALS: 2, * 51, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: jmar             Page 3 of 3            Date Rcvd: Nov 22, 2017
                              Form ID: 300b          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6
           bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount Company
           ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Naomi L. Burris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Harvey R. Burris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```