**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HARVEY R. BURRIS<br>NAOMI L. BURRIS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Repondents. | Case No.:12-11021 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 21, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/19/2012 and confirmed on 9/21/12 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,376.00 |
| Less Refunds to Debtor | 612.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,763.15 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,700.00 | |
|   Trustee Fee | 1,624.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,324.09 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA | 0.00 | 28,318.87 | 0.00 | 28,318.87 |
|     Acct: 7963 | | | | |
|   HSBC MORTGAGE SVCS (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0951 | | | | |
|   US BANK NA | 4,173.48 | 4,173.48 | 0.00 | 4,173.48 |
|     Acct: 7963 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU | 872.32 | 872.32 | 0.00 | 872.32 |
|     Acct: 5613 | | | | |
| | | | | 33,364.67 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 738.29 | 738.29 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARVEY R. BURRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARVEY R. BURRIS | 612.85 | 612.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 3,633.62 | 3,633.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 261.71 | 261.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 66.38 | 66.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK NA | 2,131.34 | 2,131.34 | 0.00 | 2,131.34 |
|     Acct: 7369 | | | | |
|   US BANK NA | 693.00 | 693.00 | 0.00 | 693.00 |
|     Acct: 7369 | | | | |
|   US BANK NA | 564.05 | 564.05 | 0.00 | 564.05 |
|     Acct: 7369 | | | | |
|   US BANK NA | 686.00 | 686.00 | 0.00 | 686.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: 7369 | | | | |
| | | | | 4,074.39 |
| **Unsecured** | | | | |
| 84 LUMBER CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5303 | | | | |
| ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8361 | | | | |
| BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9483 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,237.98 | 0.00 | 0.00 | 0.00 |
| Acct: 9274 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8466 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6553 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6656 | | | | |
| INSOLVE RECOVERY LLC | 670.45 | 0.00 | 0.00 | 0.00 |
| Acct: 7102 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6361 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6524 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4768 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4289 | | | | |
| CONSECO/FKA GREEN TREE ACCPTNC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5303 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,801.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1872 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5591 | | | | |
| NAPA AUTO PARTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2607 | | | | |
| GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7239 | | | | |
| CAPITAL RECOVERY GROUP LLC - AGEN | 1,063.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0147 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6450 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5420 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0147 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MI | 1,686.01 | 0.00 | 0.00 | 0.00 |
| Acct: 4633 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2665 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MI | 495.44 | 0.00 | 0.00 | 0.00 |
| Acct: 6396 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1872 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 461.55 | 0.00 | 0.00 | 0.00 |
| Acct: 5591 | | | | |
| OAK HARBOR CAPITAL VII LLC | 368.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1635 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2310 | | | | |
|   TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8750 | | | | |
|   UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4321 | | | | |
|   WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2523 | | | | |
|   TARGET NATIONAL BANK | 415.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 1090 | | | | |
|   INSOLVE RECOVERY LLC | 699.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 0719 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                37,439.06

TOTAL
CLAIMED      4,074.39
PRIORITY     5,045.80
SECURED      8,899.25


Date: 11/21/2017                             /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 12-11021-TPA    Doc 80    Filed 11/24/17    Entered 11/25/17 00:53:19    Desc Imaged
Certificate of Notice    Page 5 of 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HARVEY R. BURRIS
    NAOMI L. BURRIS
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:12-11021 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                             BY THE COURT:

                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11021-TPA
Harvey R. Burris                                                        Chapter 13
Naomi L. Burris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                Page 1 of 3              Date Rcvd: Nov 22, 2017
                              Form ID: pdf900           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db/jdb         +Harvey R. Burris,    Naomi L. Burris,    9938 US 322,    Cranberry, PA 16319-2730
aty            +Lawrence J. Buckley,    Brice Vander Linden & Wernick, PC,    9441 LBJ Freeway, Suite 250,
                 Dallas, TX 75243-4640
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
cr             +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, NY 14043-2602
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13427382       +Beneficial/Hfc,    POB 3425,   Buffalo, NY 14240-3425
13427385      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     POB 85520,    Richmond, VA 23285)
13427387      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13427386       +Citi,    POB 6497,   Sioux Falls, SD 57117-6497
13427388        Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
13469522       +HSBC Mortgage Services Inc,    PO Box 21188,    Eagan, MN 55121-0188
13427396       +Hsbc Bank,    POB 5253,   Carol Stream, IL 60197-5253
13427397       +I C System,    POB 64378,   Saint Paul, MN 55164-0378
13427401       +Target Nb,    POB 673,   Minneapolis, MN 55440-0673
14696907       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13427402       +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13427403        Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                 Franklin, PA 16323-0831
13427404       +Wffinance,    800 Walnut Street,    Des Moines, IA 50309-3504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2017 02:06:01
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13438286        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2017 02:25:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13427381        E-mail/Text: ACF-EBN@acf-inc.com Nov 23 2017 02:06:27     Atlantic Credit & Finance,
                 POB 13386,    Roanoke, VA 24033-3386
13427383       +E-mail/Text: bknotice@bhlmlaw.com Nov 23 2017 02:07:10
                 Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                 Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13427384       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2017 02:05:19     Cach Llc,
                 4340 S Monaco Street, Unit 2,    Denver, CO 80237-3485
13427389       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:43     Gecrb/84 Lumber,    POB 981439,
                 El Paso, TX 79998-1439
13427390       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:04:32     Gecrb/Jcpenney,    POB 984100,
                 El Paso, TX 79998
13427391       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:04:31     Gecrb/Lowes,    POB 103065,
                 Roswell, GA 30076
13427392       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:02     Gecrb/Napa,    POB 981400,
                 El Paso, TX 79998-1400
13427393       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:02     Gecrb/Sams Club,    POB 981400,
                 El Paso, TX 79998-1400
13427394       +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 02:05:43     Gecrb/Walmart,    POB 981400,
                 El Paso, TX 79998-1400
13507162        E-mail/Text: bknotice@crgofusa.com Nov 23 2017 02:08:32
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
13427398       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2017 02:19:06     Lvnv Funding,
                 POB 740281,    Houston, TX 77274-0281
13427399       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2017 02:07:43     Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92121-2255
13543371       +E-mail/Text: bncmail@w-legal.com Nov 23 2017 02:08:29     Oak Harbor Capital VII, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13488701        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:11
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13488254        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:57
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13427400       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:37
                 Portfolio Recovery & Affil.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13433854        E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2017 02:04:43
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13444761       +E-mail/Text: bncmail@w-legal.com Nov 23 2017 02:08:03     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 20
```

```
District/off: 0315-1          User: jmar                   Page 2 of 3                   Date Rcvd: Nov 22, 2017
                              Form ID: pdf900              Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Oak Harbor Capital VII,   LLC
cr              U.S. Bank National Association, as indenture trust
cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
13436330*       Atlantic Credit & Finance,   POB 13386,   Roanoke, VA 24033-3386
13436387*       Atlantic Credit & Finance,   POB 13386,   Roanoke, VA 24033-3386
13436331*      +Beneficial/Hfc,   POB 3425,   Buffalo, NY 14240-3425
13436388*      +Beneficial/Hfc,   POB 3425,   Buffalo, NY 14240-3425
13436332*      +Blatt, Hassenmiller, Leibsker & Moore LL,   1835 Market Street, Suite 501,
                 Attn: Morris Scott, Esquire,   Philadelphia, PA 19103-2933
13436389*      +Blatt, Hassenmiller, Leibsker & Moore LL,   1835 Market Street, Suite 501,
                 Attn: Morris Scott, Esquire,   Philadelphia, PA 19103-2933
13436334*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   POB 85520,   Richmond, VA 23285)
13436391*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   POB 85520,   Richmond, VA 23285)
13436336*     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202)
13436393*     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202)
13436333*      +Cach Llc,   4340 S Monaco Street, Unit 2,   Denver, CO 80237-3485
13436390*      +Cach Llc,   4340 S Monaco Street, Unit 2,   Denver, CO 80237-3485
13436335*      +Citi,   POB 6497,   Sioux Falls, SD 57117-6497
13436392*      +Citi,   POB 6497,   Sioux Falls, SD 57117-6497
13436337*       Conseco,   345 St Peter/900 Landmark,   Saint Paul, MN 55102
13436394*       Conseco,   345 St Peter/900 Landmark,   Saint Paul, MN 55102
13436338*      +Gecrb/84 Lumber,   POB 981439,   El Paso, TX 79998-1439
13436395*      +Gecrb/84 Lumber,   POB 981439,   El Paso, TX 79998-1439
13436339*       Gecrb/Jcpenney,   POB 984100,   El Paso, TX 79998
13436396*       Gecrb/Jcpenney,   POB 984100,   El Paso, TX 79998
13436340*       Gecrb/Lowes,   POB 103065,   Roswell, GA 30076
13436397*       Gecrb/Lowes,   POB 103065,   Roswell, GA 30076
13436341*      +Gecrb/Napa,   POB 981400,   El Paso, TX 79998-1400
13436398*      +Gecrb/Napa,   POB 981400,   El Paso, TX 79998-1400
13436342*      +Gecrb/Sams Club,   POB 981400,   El Paso, TX 79998-1400
13436399*      +Gecrb/Sams Club,   POB 981400,   El Paso, TX 79998-1400
13436343*      +Gecrb/Walmart,   POB 981400,   El Paso, TX 79998-1400
13436400*      +Gecrb/Walmart,   POB 981400,   El Paso, TX 79998-1400
13436344*      +Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
13436401*      +Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
13436345*      +Hsbc Bank,   POB 5253,   Carol Stream, IL 60197-5253
13436402*      +Hsbc Bank,   POB 5253,   Carol Stream, IL 60197-5253
13436346*      +I C System,   POB 64378,   Saint Paul, MN 55164-0378
13436403*      +I C System,   POB 64378,   Saint Paul, MN 55164-0378
13436347*      +Lvnv Funding,   POB 740281,   Houston, TX 77274-0281
13436404*      +Lvnv Funding,   POB 740281,   Houston, TX 77274-0281
13436348*      +Midland Funding,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13436405*      +Midland Funding,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13532544*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13436349*      +Portfolio Recovery & Affil.,   120 Corporate Boulevard, Suite 1,   Norfolk, VA 23502-4952
13436406*      +Portfolio Recovery & Affil.,   120 Corporate Boulevard, Suite 1,   Norfolk, VA 23502-4952
13463160*      +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13436350*      +Target Nb,   POB 673,   Minneapolis, MN 55440-0673
13436407*      +Target Nb,   POB 673,   Minneapolis, MN 55440-0673
13436351*      +United Collection Bureau,   5620 Southwyck Boulevard,   Toledo, OH 43614-1501
13436408*      +United Collection Bureau,   5620 Southwyck Boulevard,   Toledo, OH 43614-1501
13436352*       Venango County Tax Claim Bureau,   1st Floor, Courthouse Annex,   1174 Elk Street,   POB 831,
                 Franklin, PA 16323-0831
13436409*       Venango County Tax Claim Bureau,   1st Floor, Courthouse Annex,   1174 Elk Street,   POB 831,
                 Franklin, PA 16323-0831
13436353*      +Wffinance,   800 Walnut Street,   Des Moines, IA 50309-3504
13436410*      +Wffinance,   800 Walnut Street,   Des Moines, IA 50309-3504
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13427395      ##+Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
                                                                                             TOTALS: 2, * 51, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: jmar             Page 3 of 3              Date Rcvd: Nov 22, 2017
                               Form ID: pdf900        Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6
           bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount Company
           ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Naomi L. Burris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Harvey R. Burris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```