| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Harvey R. Burris** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx−xx−5613** <br> EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Naomi L. Burris** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx−xx−5060** <br> EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **12−11021−TPA** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Harvey R. Burris                                              Naomi L. Burris

   <u>1/22/18</u>                                              **By the court:**    <u>Thomas P. Agresti</u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Harvey R. Burris  
Naomi L. Burris  
    Debtors

Case No. 12-11021-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 3      Date Rcvd: Jan 22, 2018  
                Form ID: 3180W      Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.

```
db/jdb         +Harvey R. Burris,    Naomi L. Burris,    9938 US 322,    Cranberry, PA 16319-2730
aty            +Lawrence J. Buckley,    Brice Vander Linden & Wernick, PC,    9441 LBJ Freeway, Suite 250,
                 Dallas, TX 75243-4640
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
cr             +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, NY 14043-2602
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13427387      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13427388       Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
14696907      +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13427402      +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13427403       Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                Franklin, PA 16323-0831
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2018 01:52:46    Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr             EDI: RECOVERYCORP.COM Jan 23 2018 01:38:00    Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13438286       EDI: AIS.COM Jan 23 2018 01:38:00    American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13427381       E-mail/Text: ACF-EBN@acf-inc.com Jan 23 2018 01:52:21    Atlantic Credit & Finance,
                POB 13386,    Roanoke, VA 24033-3386
13427382      +EDI: HFC.COM Jan 23 2018 01:38:00    Beneficial/Hfc,    POB 3425,    Buffalo, NY 14240-3425
13427383      +E-mail/Text: bknotice@bhlmlaw.com Jan 23 2018 01:52:37
                Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13427385       EDI: CAPITALONE.COM Jan 23 2018 01:38:00    Capital One,    POB 85520,    Richmond, VA 23285
13427384      +EDI: RESURGENT.COM Jan 23 2018 01:38:00    Cach Llc,    4340 S Monaco Street, Unit 2,
                Denver, CO 80237-3485
13427386      +EDI: CITICORP.COM Jan 23 2018 01:38:00    Citi,    POB 6497,    Sioux Falls, SD 57117-6497
13427389      +EDI: RMSC.COM Jan 23 2018 01:38:00    Gecrb/84 Lumber,    POB 981439,    El Paso, TX 79998-1439
13427390       EDI: RMSC.COM Jan 23 2018 01:38:00    Gecrb/Jcpenney,    POB 984100,    El Paso, TX 79998
13427391       EDI: RMSC.COM Jan 23 2018 01:38:00    Gecrb/Lowes,    POB 103065,    Roswell, GA 30076
13427392      +EDI: RMSC.COM Jan 23 2018 01:38:00    Gecrb/Napa,    POB 981400,    El Paso, TX 79998-1400
13427393      +EDI: RMSC.COM Jan 23 2018 01:38:00    Gecrb/Sams Club,    POB 981400,    El Paso, TX 79998-1400
13427394      +EDI: RMSC.COM Jan 23 2018 01:38:00    Gecrb/Walmart,    POB 981400,    El Paso, TX 79998-1400
13469522      +EDI: HFC.COM Jan 23 2018 01:38:00    HSBC Mortgage Services Inc,    PO Box 21188,
                Eagan, MN 55121-0188
13427396      +EDI: HFC.COM Jan 23 2018 01:38:00    Hsbc Bank,    POB 5253,    Carol Stream, IL 60197-5253
13427397      +EDI: IIC9.COM Jan 23 2018 01:38:00    I C System,    POB 64378,    Saint Paul, MN 55164-0378
13507162       E-mail/Text: bknotice@crgofusa.com Jan 23 2018 01:53:11
                InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                DALLAS, TX 75312-3203
13427398      +EDI: RESURGENT.COM Jan 23 2018 01:38:00    Lvnv Funding,    POB 740281,
                Houston, TX 77274-0281
13427399      +EDI: MID8.COM Jan 23 2018 01:38:00    Midland Funding,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
13543371      +EDI: OPHSUBSID.COM Jan 23 2018 01:38:00    Oak Harbor Capital VII,  LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13488701       EDI: PRA.COM Jan 23 2018 01:38:00    Portfolio Recovery Associates LLC,    P.O. Box 41067,
                Norfolk, VA 23541
13488254       EDI: PRA.COM Jan 23 2018 01:38:00    Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk VA 23541
13427400      +EDI: PRA.COM Jan 23 2018 01:38:00    Portfolio Recovery & Affil.,
                120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13433854       EDI: RECOVERYCORP.COM Jan 23 2018 01:38:00    Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13444761      +E-mail/Text: bncmail@w-legal.com Jan 23 2018 01:53:02    TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13427401      +EDI: WTRRNBANK.COM Jan 23 2018 01:38:00    Target Nb,    POB 673,    Minneapolis, MN 55440-0673
13427404      +EDI: WFFC.COM Jan 23 2018 01:38:00    Wffinance,    800 Walnut Street,
                Des Moines, IA 50309-3504
                                                                                              TOTAL: 29
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Oak Harbor Capital VII,  LLC
cr              U.S. Bank National Association, as indenture trust
```

```
District/off: 0315-1           User: culy                  Page 2 of 3                   Date Rcvd: Jan 22, 2018
                               Form ID: 3180W              Total Noticed: 39

cr*             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                  Dallas, TX 75254-7883
13436330*        Atlantic Credit & Finance,    POB 13386,    Roanoke, VA 24033-3386
13436387*        Atlantic Credit & Finance,    POB 13386,    Roanoke, VA 24033-3386
13436331*       +Beneficial/Hfc,    POB 3425,    Buffalo, NY 14240-3425
13436388*       +Beneficial/Hfc,    POB 3425,    Buffalo, NY 14240-3425
13436332*       +Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                  Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13436389*       +Blatt, Hassenmiller, Leibsker & Moore LL,    1835 Market Street, Suite 501,
                  Attn: Morris Scott, Esquire,    Philadelphia, PA 19103-2933
13436334*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    POB 85520,    Richmond, VA 23285)
13436391*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    POB 85520,    Richmond, VA 23285)
13436336*      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13436393*      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13436333*       +Cach Llc,    4340 S Monaco Street, Unit 2,    Denver, CO 80237-3485
13436390*       +Cach Llc,    4340 S Monaco Street, Unit 2,    Denver, CO 80237-3485
13436335*       +Citi,    POB 6497,    Sioux Falls, SD 57117-6497
13436392*       +Citi,    POB 6497,    Sioux Falls, SD 57117-6497
13436337*        Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
13436394*        Conseco,    345 St Peter/900 Landmark,    Saint Paul, MN 55102
13436338*       +Gecrb/84 Lumber,    POB 981439,    El Paso, TX 79998-1439
13436395*       +Gecrb/84 Lumber,    POB 981439,    El Paso, TX 79998-1439
13436339*        Gecrb/Jcpenney,    POB 984100,    El Paso, TX 79998
13436396*        Gecrb/Jcpenney,    POB 984100,    El Paso, TX 79998
13436340*        Gecrb/Lowes,    POB 103065,    Roswell, GA 30076
13436397*        Gecrb/Lowes,    POB 103065,    Roswell, GA 30076
13436341*       +Gecrb/Napa,    POB 981400,    El Paso, TX 79998-1400
13436398*       +Gecrb/Napa,    POB 981400,    El Paso, TX 79998-1400
13436342*       +Gecrb/Sams Club,    POB 981400,    El Paso, TX 79998-1400
13436399*       +Gecrb/Sams Club,    POB 981400,    El Paso, TX 79998-1400
13436343*       +Gecrb/Walmart,    POB 981400,    El Paso, TX 79998-1400
13436400*       +Gecrb/Walmart,    POB 981400,    El Paso, TX 79998-1400
13436344*       +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13436401*       +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13436345*       +Hsbc Bank,    POB 5253,    Carol Stream, IL 60197-5253
13436402*       +Hsbc Bank,    POB 5253,    Carol Stream, IL 60197-5253
13436346*       +I C System,    POB 64378,    Saint Paul, MN 55164-0378
13436403*       +I C System,    POB 64378,    Saint Paul, MN 55164-0378
13436347*       +Lvnv Funding,    POB 740281,    Houston, TX 77274-0281
13436404*       +Lvnv Funding,    POB 740281,    Houston, TX 77274-0281
13436348*       +Midland Funding,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13436405*       +Midland Funding,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13532544*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13436349*       +Portfolio Recovery & Affil.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13436406*       +Portfolio Recovery & Affil.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
13463160*       +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
13436350*       +Target Nb,    POB 673,    Minneapolis, MN 55440-0673
13436407*       +Target Nb,    POB 673,    Minneapolis, MN 55440-0673
13436351*       +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13436408*       +United Collection Bureau,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13436352*        Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                  Franklin, PA 16323-0831
13436409*        Venango County Tax Claim Bureau,    1st Floor, Courthouse Annex,    1174 Elk Street,    POB 831,
                  Franklin, PA 16323-0831
13436353*       +Wffinance,    800 Walnut Street,    Des Moines, IA 50309-3504
13436410*       +Wffinance,    800 Walnut Street,    Des Moines, IA 50309-3504
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13427395      ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
                                                                                               TOTALS: 2, * 51, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: culy              Page 3 of 3             Date Rcvd: Jan 22, 2018
                              Form ID: 3180W         Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:

          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6
           bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor   Beneficial Consumer Discount Company
           ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Naomi L. Burris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Harvey R. Burris ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6